AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Carlton W. | Southern District of Mississippi | 08/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge- - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final | 01/01/2020 <br> **to** <br> 12/31/2020 |
|  | **5b.** ☐ Amended Report |  |

**7. Chambers or Office Address**

501 E. Court Street
Suite 5.550
Jackson, MS 39201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Forum on Communications Law | February 6-8, 2020 | Austin, TX | Diversity Moot Court Competition | Travel, Lodging and Meals |
| 2. | Yale Law School | February 12-15, 2020 | New Haven, CT | REBLAW National Conference and Yale ACS local Chapter | Travel, Lodging and Meals |
| 3. | University of Michigan School of Law | February 17-19, 2020 | Ann Arbor, MI | ACS Chapter | Travel, Lodging and Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AT&T (T), Common | A | Dividend | K | T | Buy<br>(add'l) | 12/17/20 | J | | |
| 2. Alphabet Inc. (GOOGL), Common | | None | J | T | | | | | |
| 3. Amazon (AMZN), Common | | None | K | T | | | | | |
| 4. Ameriprise Finan. Inc. (AMP), Common | A | Dividend | J | T | | | | | |
| 5. Analog Device Inc. (ADI), Common | A | Dividend | K | T | | | | | |
| 6. Apple Inc. (AAPL), Common | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 7. Apple Inc. (AAPL), Common | A | Dividend | J | T | Buy<br>(add'l) | 12/17/20 | J | | |
| 8. Automatic Data Processing Inc. (ADP), Common | A | Dividend | J | T | | | | | |
| 9. Blackstone Group Inc. CLA (BX), Common | A | Distribution | J | T | | | | | |
| 10. BP PLC (BP), Common | A | Dividend | J | T | Buy<br>(add'l) | 12/17/20 | J | | |
| 11. Berkshire Hathaway (BRK/B) | | None | J | T | Buy | 03/23/20 | J | | |
| 12. CH Robinson Worldwide (CHRW), Common | A | Dividend | J | T | | | | | |
| 13. Caterpillar (CAT), Common | A | Dividend | K | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 14. Chevron (CVX), Common | A | Dividend | J | T | Buy<br>(add'l) | 09/28/20 | J | | |
| 15. Chevron (CVX), Common | A | Dividend | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 16. Cisco Systems (CSCO), Common | A | Dividend | J | T | | | | | |
| 17. Corteva Inc (CTVA), Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.　Crown Castle (CCI), Common | A | Dividend | J | T | | | | | |
| 19.　Discover Financial Svcs (DFS), Common | A | Dividend | J | T | | | | | |
| 20.　Dow (DOW), Common | A | Dividend | J | T | | | | | |
| 21.　DuPont de Nemours (DD), Common | A | Dividend | J | T | | | | | |
| 22.　Exxon Mobil, (XOM), Common | A | Dividend | J | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 23.　Exxon Mobil, (XOM), Common | A | Dividend | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 24.　Exxon Mobil, (XOM), Common | A | Dividend | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 25.　Facebook, Inc. (FB), Common | | None | K | T | | | | | |
| 26.　Fedex Corp. (FDX), Common | A | Dividend | J | T | | | | | |
| 27.　First Commerical Bank, Common | A | Dividend | K | T | | | | | |
| 28.　First Trust (FDL), Common | A | Dividend | J | T | | | | | |
| 29.　Garrett Motion, Inc. (GTX) | A | Dividend | | | Sold | 12/17/20 | J | A | |
| 30.　Gilead Sciences (GILD), Common | A | Dividend | J | T | Buy<br>(add'l) | 12/17/20 | J | | |
| 31.　Honeywell Int'l (HON), Common | A | Dividend | J | T | | | | | |
| 32.　Intel Corp. (INTC), Common | A | Dividend | J | T | | | | | |
| 33.　INTL Business Machines Corp. (IBM),<br>Common | A | Dividend | J | T | | | | | |
| 34.　Invesco S&P 500, High Dividend Low<br>Volatility ETF, (SPHD), Common | A | Dividend | | | Buy<br>(add'l) | 02/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Invesco S&P 500, High Dividend Low Volatility ETF, (SPHD), Common | | None | | | Sold | 08/24/20 | J | A | |
| 36. Iron Mountain (IRM), Common | A | Dividend | J | T | Buy (add'l) | 12/17/20 | J | | |
| 37. JB Hunt Transport (JBHT), Common | A | Dividend | | | Sold | 09/08/20 | J | A | |
| 38. Johnson & Johnson (JNJ), Common | A | Dividend | K | T | | | | | |
| 39. Kellogg Co. (K) | A | Dividend | J | T | | | | | |
| 40. Kinder Morgan (KMI), Common | A | Dividend | J | T | Buy (add'l) | 12/17/20 | J | | |
| 41. Kraft Heinz Co. (KHC), Common | A | Dividend | J | T | Buy (add'l) | 12/17/20 | J | | |
| 42. Kraft Heinz Co. (KHC), Common | A | Dividend | | | Buy (add'l) | 12/18/20 | J | | |
| 43. Kroger (KR), Common | A | Dividend | J | T | | | | | |
| 44. Lockheed Martin (LMT), Common | A | Dividend | J | T | | | | | |
| 45. McDonalds Corp. (MCD), Common | A | Dividend | K | T | | | | | |
| 46. Mellanox Technologies Ltd. (MLNX), Common | | | | | Sold | 07/24/20 | J | D | |
| 47. Merck (MRK), Common | A | Dividend | J | T | | | | | |
| 48. MetLife Inc. (MET), Common | A | Dividend | J | T | | | | | |
| 49. Microsoft (MSFT), Common | A | Dividend | K | T | | | | | |
| 50. Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 51. Motorola Solutions Inc. (MSI), Common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Netflix Inc (NFLX), Common | | None | J | T | | | | | |
| 53. Norfolk Southern (NSC), Common | A | Dividend | J | T | | | | | |
| 54. Pepsico (PEP), Common | A | Dividend | K | T | | | | | |
| 55. Procter & Gamble (PG), Common | A | Dividend | K | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 56. Qualcomm Inc. (QCOM), Common | A | Dividend | K | T | | | | | |
| 57. Resideo Technologies, Inc. (REZI), Common | A | Dividend | | | Sold | 12/17/20 | J | A | |
| 58. Rockwell Auto (ROK), Common | A | Dividend | J | T | | | | | |
| 59. Royal Dutch (RDS/A), Common | A | Dividend | J | T | Buy<br>(add'l) | 02/06/20 | J | | |
| 60. Royal Dutch (RDS/A), Common | A | Dividend | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 61. Sanderson Farms (SAFM), Common | A | Dividend | K | T | | | | | |
| 62. 3M Company (MMM), Common | A | Dividend | K | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 63. Target (TGT), Common | A | Dividend | J | T | | | | | |
| 64. Toronto Dominion Bank (TD), Common | A | Dividend | J | T | | | | | |
| 65. United Parcel Serv. (UPS), Common | A | Dividend | J | T | | | | | |
| 66. Victory Shares US (CDC), ETF | A | Dividend | J | T | | | | | |
| 67. YUM Brands, Inc. (YUM), Common | A | Dividend | K | T | | | | | |
| 68. YUM China Holdings, Inc (YUMC), Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Columbia Acorn Themorstat (CTFAX), Mutual Fund | B | Dividend | M | T | | | | | |
| 70. Empire Retirement (H) | | | | | | | | | |
| 71. ------American Funds 2030 Trgt | A | Int./Div. | K | T | | | | | |
| 72. -----Great-West Government Money Market Inst | A | Int./Div. | J | T | | | | | |
| 73. Pruco Life Ins. Co. Prudential Premier RetirementX, Var Ann (H) | | | | | | | | | |
| 74. -------AST Academic Strategies Asset Allocation Portfolio | | None | J | T | | | | | |
| 75. -------AST Black Rock/Loomis Sayles Bond Portfolio | | None | N | T | | | | | |
| 76. --------AST Loomis Sayles Large-Cap Growth Portfolio | | None | J | T | | | | | |
| 77. ------- AST Wellington Mgmt Hedged Equity Port. | | None | J | T | | | | | |
| 78. -------AST QMA US Equity Alpha | | None | J | T | | | | | |
| 79. -------AST T. Rowe Price Natural Resources | | None | J | T | | | | | |
| 80. College Savings Plan (H) | | | | | | | | | |
| 81. --Scholars Edge 529 Plan (H) | | | | | | | | | |
| 82. ------ Scholar's Edge Today Portfolio A | | None | J | T | | | | | |
| 83. ------Principal Equity Income Portfolio A | | None | J | T | | | | | |
| 84. ------Principal Diversified International Portfolio A | | None | J | T | | | | | |
| 85. -----Scholar's Edge Aggressive Portfolio A | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ----- Principal Blue Chip Portfolio A | | None | J | T | | | | | |
| 87. United States Savings Bond | A | Interest | J | T | | | | | |
| 88. Wells Fargo Advisors | A | Interest | M | T | | | | | |
| 89. First Commercial Bank, Money Market Acct, Cash Account | A | Interest | K | T | | | | | |
| 90. Statewide Federal Credit Union, Cash Account | A | Interest | J | T | | | | | |
| 91. BankPlus, Cash Account | A | Interest | J | T | | | | | |
| 92. Liberty Bank, Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

46. Mellanox was acquired by NVIDIA (NVDA) and cash payment was made to the Mellanox shareholders.

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/05/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544